JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY SANCHEZ-LEVINE, | Case No. CV 16-3179 DMG (SKx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| METROPOLITAN LIFE INSURANCE COMPANY, *ET AL.*, | |
| Defendants. | |

This Court having issued its findings of fact and conclusions of law following a half-day bench trial that took place on March 17, 2017,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendant Metropolitan Life Insurance Company and against Plaintiff Stacey Sanchez-Levine.

DATED: September 26, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-